## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: KOPP, SANDRA M. | § | Case No. 08-74192 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
STEPHEN G. BALSLEY_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 12/16/2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.


Date Mailed: __/ /_____        By:  /s/STEPHEN G. BALSLEY_____
                                                          Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108


**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: KOPP, SANDRA M.                                    §   Case No. 08-74192
                                                          §
                                                          §
Debtor(s)                                                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 37,000.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 37,000.00 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | STEPHEN G. BALSLEY | $ 4,450.00 | $ |
| *Attorney for trustee* | Stephen G. Balsley | $ 4,475.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 250.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $ _____ | $ _____ |
| *Attorney for* | _____ | $ _____ | $ _____ |
| *Accountant for* | _____ | $ _____ | $ _____ |
| *Appraiser for* | _____ | $ _____ | $ _____ |
| *Other* | _____ | $ _____ | $ _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,106.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 92.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 -3 | Chase Bank USA, N.A. | $ 16,968.60 | $ 15,682.94 |
| 2 | Target National Bank | $ 4,990.53 | $ 4,612.41 |
| 3 | Capital Recovery II/Sears Gold Mastercard | $ 3,300.23 | $ 3,050.18 |
| 4 | Capital Recover II/Sears Premier Card | $ 1,413.96 | $ 1,306.83 |
| 5 | Chase Bank USA | $ 1,366.26 | $ 1,262.74 |
| 6 | American Express Centurion Bank | $ 1,387.39 | $ 1,282.27 |
| 7 | Wells Fargo Financial Illinois, Inc. | $ 679.08 | $ 627.63 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith          Page 1 of 1          Date Rcvd: Nov 09, 2009
Case: 08-74192                Form ID: pdf006         Total Noticed: 26
```

The following entities were noticed by first class mail on Nov 11, 2009.
```
db          +Sandra M. Kopp,   2930 Karr Road,   Belvidere, IL 61008-8487
aty         +Martin V Kugia,   Law Office of Martin V. Kugia,   711 West Main Street,
              West Dundee, IL 60118-2027
tr          +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
13004427    +American Express,   P.O. Box 981537,   El Paso, TX 79998-1537
13805325     American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern  PA 19355-0701
13004429    +Associates in Orthopedic Surgery,   1710 North Randall Road, Suite 140,   Elgin, IL 60123-9401
13004430    +Associates in Psychiatry & Counseli,   2050 Larkin Avenue, Suite 202,   Elgin, IL 60123-5899
13558563    +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
13004431     Chase Bank USA, NA,   POB 15145,   Wilmington DE 19850-5145
13004432    +Chase/Bank One Card Services,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
13004433    +Dependon Collection Service,   120 W. 22nd Street, Suite 360,   Oak Brook, IL 60523-4070
13004435    +HSBC Bergners,   P.O. Box 15521,   Wilmington, DE 19850-5521
13004436    +HSBC Menards,   P.O. Box 15521,   Wilmington, DE 19850-5521
13004437    +HSEHLD Finance BNFL Financial,   P.O. Box 1547,   Chesapeake, VA 23327-1547
13004438    +K's Merchandis/GEMB,   P.O. Box 981439,   El Paso, TX 79998-1439
13004440    +Pellettieri and Associates,   Nick Kalamotousaki,   991 Oak Creed Drive,   Lombard, IL 60148-6408
13004441     Sears/CBSD,   8725 W. Sahara Avenue,   The Lakes, NV 89163-7802
13631138    +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
13004442    +Target National Bank,   3701 Wayzata Blvd,   Minneapolis, MN 55416-3400
13004443    +Wells Fargo Financial,   454 Redington Drive, Suite H,   South Elgin, IL 60177-2282
13821047    +Wells Fargo Financial Illinois Inc,   4137 121st Street,   Urbandale IA 50323-2310
```

The following entities were noticed by electronic transmission on Nov 09, 2009.
```
13004428     E-mail/Text: RBALTAZAR@ARMORSYS.COM                      Armor Systems Corp.,
              2322 N. Green Bay R,   Waukegan, IL 60087-4209
13004434    +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2009 04:47:10    GEMB/Walmart,   P.O. Box 981400,
              El Paso, TX 79998-1400
13004439     E-mail/Text: resurgentbknotifications@resurgent.com           LVNV Funding, LLC.,
              P.O. Box 10584,   Greenville, SC 29603-0584
13679911    +E-mail/PDF: rmscedi@recoverycorp.com Nov 10 2009 04:47:10
              Recovery Management Systems Corporation,   For Capital Recovery II,
              As Assignee of Sears - SEARS PREMIER CAR,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13679905    +E-mail/PDF: rmscedi@recoverycorp.com Nov 10 2009 04:47:10
              Recovery Management Systems Corporation,   For Capital Recovery II,
              As Assignee of Sears - Sears Gold Master,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
                                                                                            TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
14361512*    CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
                                                                                     TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 11, 2009**                    **Signature:** _Joseph Speetjens_