**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: KOPP, SANDRA M. | § | Case No. 08-74192 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $51,560.31 | Assets Exempt: $1,560.31 |
| Total Distribution to Claimants: $27,827.40 | Claims Discharged Without Payment: $15,829.65 |
| Total Expenses of Administration: $9,175.00 | |

3) Total gross receipts of $ 37,002.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $37,002.40 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,175.00 | 9,175.00 | 9,175.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 40,720.00 | 64,043.25 | 30,106.05 | 27,827.40 |
| **TOTAL DISBURSEMENTS** | $40,720.00 | $73,218.25 | $39,281.05 | $37,002.40 |

4) This case was originally filed under Chapter 7 on December 30, 2008. . The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/01/2010     By: /s/STEPHEN G. BALSLEY
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent transfer of real estate | 1241-000 | 37,000.00 |
| Interest Income | 1270-000 | 2.40 |
| **TOTAL GROSS RECEIPTS** | | **$37,002.40** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 4,450.00 | 4,450.00 | 4,450.00 |
| Clerk of the United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Stephen G. Balsley | 3110-000 | N/A | 4,475.00 | 4,475.00 | 4,475.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 9,175.00 | 9,175.00 | 9,175.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank USA | 7100-000 | N/A | 16,968.60 | 0.00 | 0.00 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 16,968.60 | 0.00 | 0.00 |
| Chase Bank USA, N.A. | 7100-000 | 16,968.00 | 16,968.60 | 16,968.60 | 15,684.30 |

**UST Form 101-7-TDR (9/1/2009)**

| Creditor | Code | | | | |
|---|---|---|---|---|---|
| Target National Bank | 7100-000 | 4,990.00 | 4,990.53 | 4,990.53 | 4,612.81 |
| Capital Recovery II/Sears Gold Mastercard | 7100-000 | 3,300.00 | 3,300.23 | 3,300.23 | 3,050.44 |
| Capital Recover II/Sears Premier Card | 7100-000 | N/A | 1,413.96 | 1,413.96 | 1,306.94 |
| Chase Bank USA | 7100-000 | N/A | 1,366.26 | 1,366.26 | 1,262.85 |
| American Express Centurion Bank | 7100-000 | 1,325.00 | 1,387.39 | 1,387.39 | 1,282.38 |
| Wells Fargo Financial Illinois, Inc. | 7100-000 | 586.00 | 679.08 | 679.08 | 627.68 |
| Dependon Collection Service | 7100-000 | 295.00 | N/A | N/A | 0.00 |
| Chase Bank USA, NA | 7100-000 | 965.00 | N/A | N/A | 0.00 |
| GEMB/Walmart | 7100-000 | 728.00 | N/A | N/A | 0.00 |
| HSBC Menards | 7100-000 | 1,783.00 | N/A | N/A | 0.00 |
| HSBC Bergners | 7100-000 | 1,483.00 | N/A | N/A | 0.00 |
| LVNV Funding, LLC. | 7100-000 | 1,350.00 | N/A | N/A | 0.00 |
| Pellettieri and Associates Nick Kalamotousaki | 7100-000 | 536.00 | N/A | N/A | 0.00 |
| K's Merchandis/GEMB | 7100-000 | 704.00 | N/A | N/A | 0.00 |
| Associates in Psychiatry & Counseli | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| HSEHLD Finance BNFL Financial | 7100-000 | 5,453.00 | N/A | N/A | 0.00 |
| Armor Systems Corp. | 7100-000 | 254.00 | N/A | N/A | 0.00 |
| Associates in Orthopedic Surgery | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 40,720.00 | 64,043.25 | 30,106.05 | 27,827.40 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-74192  
Case Name: KOPP, SANDRA M.  
Period Ending: 10/01/10

Trustee: (330410) STEPHEN G. BALSLEY  
Filed (f) or Converted (c): 12/30/08 (f)  
§341(a) Meeting Date: 01/28/09  
Claims Bar Date: 05/06/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account - Amcore Bank | 80.31 | 0.00 | DA | 0.00 | FA |
| 2 | Furniture | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | 1996 Pontiac Grand Am | 780.00 | 0.00 | DA | 0.00 | FA |
| 5 | Fraudulent transfer of real estate (u) | 50,000.00 | 37,000.00 | DA | 37,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.40 | FA |
| 6 | Assets    Totals (Excluding unknown values) | $51,560.31 | $37,000.00 | | $37,002.40 | $0.00 |

**Major Activities Affecting Case Closing:**

01/29/10 Real Estate

**Initial Projected Date Of Final Report (TFR):** December 31, 2009    **Current Projected Date Of Final Report (TFR):** October 29, 2009 (Actual)

Printed: 10/01/2010 01:00 PM    V.12.52

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-74192 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | KOPP, SANDRA M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*33-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*9747 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/01/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/27/09 | {5} | ISBA Mutual Insurance Company | Payment for fraudulent transfer of Martin Kopp | 1241-000 | 37,000.00 | | 37,000.00 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 37,000.10 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.55 | | 37,001.65 |
| 12/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.75 | | 37,002.40 |
| 12/16/09 | | To Account #\*\*\*\*\*\*\*\*3366 | Transfer funds from MMA to checking | 9999-000 | | 37,002.40 | 0.00 |
| | | | ACCOUNT TOTALS | | 37,002.40 | 37,002.40 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 37,002.40 | |
| | | | Subtotal | | 37,002.40 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $37,002.40 | $0.00 | |

{} Asset reference(s)

Printed: 10/01/2010 01:00 PM   V.12.52

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-74192 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | KOPP, SANDRA M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****33-66 - Checking Account |
| Taxpayer ID #: | **-***9747 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/01/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/16/09 | | From Account #*********3365 | Transfer funds from MMA to checking | 9999-000 | 37,002.40 | | 37,002.40 |
| 12/16/09 | 101 | Stephen G. Balsley | Dividend paid 100.00% on $4,475.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,475.00 | 32,527.40 |
| 12/16/09 | 102 | Clerk of the United States Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 32,277.40 |
| 12/16/09 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $4,450.00, Trustee Compensation; Reference: | 2100-000 | | 4,450.00 | 27,827.40 |
| 12/16/09 | 104 | Chase Bank USA, N.A. | Dividend paid 92.43% on $16,968.60; Claim# 1-3; Filed: $16,968.60; Reference: 5808 | 7100-000 | | 15,684.30 | 12,143.10 |
| 12/16/09 | 105 | Target National Bank | Dividend paid 92.43% on $4,990.53; Claim# 2; Filed: $4,990.53; Reference: 3228 | 7100-000 | | 4,612.81 | 7,530.29 |
| 12/16/09 | 106 | Capital Recovery II/Sears Gold Mastercard | Dividend paid 92.43% on $3,300.23; Claim# 3; Filed: $3,300.23; Reference: 1247 | 7100-000 | | 3,050.44 | 4,479.85 |
| 12/16/09 | 107 | Capital Recover II/Sears Premier Card | Dividend paid 92.43% on $1,413.96; Claim# 4; Filed: $1,413.96; Reference: 0905 | 7100-000 | | 1,306.94 | 3,172.91 |
| 12/16/09 | 108 | Chase Bank USA | Dividend paid 92.43% on $1,366.26; Claim# 5; Filed: $1,366.26; Reference: 0219 | 7100-000 | | 1,262.85 | 1,910.06 |
| 12/16/09 | 109 | American Express Centurion Bank | Dividend paid 92.43% on $1,387.39; Claim# 6; Filed: $1,387.39; Reference: 3003 | 7100-000 | | 1,282.38 | 627.68 |
| 12/16/09 | 110 | Wells Fargo Financial Illinois, Inc. | Dividend paid 92.43% on $679.08; Claim# 7; Filed: $679.08; Reference: 169580162 XXXX8837 | 7100-000 | | 627.68 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 37,002.40 | 37,002.40 | $0.00 |
| | | | Less: Bank Transfers | | 37,002.40 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 37,002.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $37,002.40 | |

Asset reference(s)                                                                                              Printed: 10/01/2010 01:00 PM    V.12.52

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-74192
**Case Name:** KOPP, SANDRA M.
**Taxpayer ID #:** \**-\***9747
**Period Ending:** 10/01/10

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-\*\*\*\*\*\*33-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*33-65 | 37,002.40 | 0.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*33-66 | 0.00 | 37,002.40 | 0.00 |
| Checking # 9200-\*\*\*\*\*\*33-66 | 0.00 | 0.00 | 0.00 |
| | $37,002.40 | $37,002.40 | $0.00 |

{} Asset reference(s)

Printed: 10/01/2010 01:00 PM   V.12.52